| Fill in this information to identify the case: | |
|---|---|
| United States Bankruptcy Court for the: **Southern District of New York** (State) | |
| Case number (if known): _____ Chapter __11__ | ☐ Check if this is an amended filing |

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

**1. Debtor's Name**

Century 21 Department Stores LLC

**2. All other names debtor used in the last 8 years**

C21 Dept Stores, Century 21 Stores, C21 Stores, Century 21 Dept Stores, Century 21 Dept, C21 Dept, Next Century

Include any assumed names, trade names, and *doing business as* names

**3. Debtor's federal Employer Identification Number (EIN)**

**13-4144073**

**4. Debtor's address**

**Principal place of business**

22 Cortlandt Street
Number    Street

5th Floor

New York         NY        10007
City             State     Zip Code

USA
County

**Mailing address, if different from principal place of business**

Number    Street

P.O. Box

City             State     Zip Code

**Location of principal assets, if different from principal place of business**

Number    Street

City             State     Zip Code

**5. Debtor's website (URL)**    www.c21stores.com

**6. Type of debtor**
☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: _____

| Debtor | **Century 21 Department Stores LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 7. | Describe debtor's business | A. *Check One:* |
|---|---|---|
| | | ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A)) |
| | | ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B)) |
| | | ☐ Railroad (as defined in 11 U.S.C. § 101(44)) |
| | | ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A)) |
| | | ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6)) |
| | | ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3)) |
| | | ☒ None of the above |
| | | B. *Check all that apply:* |
| | | ☐ Tax-exempt entity (as described in 26 U.S.C. § 501) |
| | | ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3) |
| | | ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11)) |
| | | C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes . **4521 (Department Stores)** |

| 8. | Under which chapter of the Bankruptcy Code is the debtor filing? | *Check One:* |
|---|---|---|
| | | ☐ Chapter 7 |
| | | ☐ Chapter 9 |
| | A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box. | ☒ Chapter 11.   *Check all that apply:* |
| | | ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B). |
| | | ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B). |
| | | ☐ A plan is being filed with this petition. |
| | | ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |
| | | ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934.  File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form. |
| | | ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2. |
| | | ☐ Chapter 12 |

| 9. | Were prior bankruptcy cases filed by or against the debtor within the last 8 years? | ☒ No  ☐ Yes. | District | | When | MM/DD/YYYY | Case number | |
|---|---|---|---|---|---|---|---|---|
| | If more than 2 cases, attach a separate list. | | District | | When | MM/DD/YYYY | Case number | |

| 10. | Are any bankruptcy cases pending or being filed by a | ☐ No  ☒ Yes. | Debtor | **See Rider 1** | Relationship | **Affiliate** |
|---|---|---|---|---|---|---|

Official Form 201              Voluntary Petition for Non-Individuals Filing for Bankruptcy              page 2

Debtor   **Century 21 Department Stores LLC**   Case number (if known) _____
         Name

| | | | |
|---|---|---|---|
| business partner or an affiliate of the debtor? | District | Southern District of New York | When 09/10/2020 |
| List all cases. If more than 1, attach a separate list. | Case number, if known _____ | | MM / DD / YYYY |

**11. Why is the case filed in *this* district?**

*Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☒ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                          Number   Street
                          _____
                          City                State   Zip Code

**Is the property insured?**

☐ No
☐ Yes.   Insurance agency _____
         Contact name _____
         Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

☒ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors[1]**

☐ 1-49             ☐ 1,000-5,000         ☐ 25,001-50,000
☐ 50-99            ☐ 5,001-10,000        ☐ 50,001-100,000
☐ 100-199          ☒ 10,001-25,000       ☐ More than 100,000
☐ 200-999

---

[1] The Debtors' estimated assets, liabilities, and number of creditors noted here are provided on a consolidated basis.

Official Form 201                Voluntary Petition for Non-Individuals Filing for Bankruptcy                page 3

Debtor    **Century 21 Department Stores LLC**    Case number *(if known)*
          Name

**15. Estimated assets**
- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☐ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☒ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

**16. Estimated liabilities**
- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☐ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☒ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **09/10/2020**
               MM/ DD / YYYY

✗    **/s/  Norman R. Veit Jr.**                              **Norman R. Veit Jr.**
     Signature of authorized representative of debtor         Printed name

     Title    **Chief Financial Officer and Chief Information Officer**

**18. Signature of attorney**

✗    **/s/  Lucy F. Kweskin**         Date    **09/10/2020**
     Signature of attorney for debtor         MM/DD/YYYY

     **Lucy F. Kweskin**

     **Proskauer Rose LLP**
     Firm name

     **Eleven Times Square**
     Number          Street

     **New York**                                  **NY**        **10036**
     City                                          State         ZIP Code

     **(212) 969-3000**                            **lkweskin@proskauer.com**
     Contact phone                                 Email address

     **5114517**                                   **NY**
     Bar number                                    State

Official Form 201    Voluntary Petition for Non-Individuals Filing for Bankruptcy    page 4

**Fill in this information to identify the case:**

United States Bankruptcy Court for the:
**Southern District of New York**
(State)

Case number *(if known)*: _____    Chapter __11__

☐ Check if this is an amended filing

### Rider 1
### Pending Bankruptcy Cases Filed by the Debtor and Affiliates of the Debtor

On the date hereof, each of the entities listed below (collectively, the "Debtors") filed a petition in the United States Bankruptcy Court for the Southern District of New York for relief under chapter 11 of title 11 of the United States Code. The Debtors have moved for joint administration of these cases under the case number assigned to the chapter 11 case of Century 21 Department Stores LLC.

| COMPANY | CASE NUMBER |
|---|---|
| Century 21 Department Stores LLC | 20-_____ (    ) |
| L.I. 2000, Inc. | 20-_____ (    ) |
| C21 Department Stores Holdings LLC | 20-_____ (    ) |
| Giftco 21 LLC | 20-_____ (    ) |
| Century 21 Fulton LLC | 20-_____ (    ) |
| C21 Philadelphia LLC | 20-_____ (    ) |
| Century 21 Department Stores of New Jersey, L.L.C. | 20-_____ (    ) |
| Century 21 Gardens of Jersey, LLC | 20-_____ (    ) |
| C21 Sawgrass Blue, LLC | 20-_____ (    ) |
| C21 GA Blue LLC | 20-_____ (    ) |
| Century Paramus Realty, LLC | 20-_____ (    ) |

**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | ) Chapter 11 |
| CENTURY 21 DEPARTMENT STORES LLC | ) Case No. 20-_____(___) |
| Debtor. | ) |

**LIST OF EQUITY SECURITY HOLDERS[2]**

Pursuant to Rule 1007(a)(3) of the Federal Rules of Bankruptcy Procedure, the following identifies all holders having a direct or indirect ownership interest of the above-captioned debtor in possession (the "**Debtor**").

Check applicable box:

☐ There are no equity security holders or corporations that directly or indirectly own 10% or more of any class of the debtor's equity interest.

☒ The following are the debtor equity security holders (list holders of each class, showing the number and kind of interests registered in the name of each holder, and the last known address or place of business of each holder):

| Name and Last Known Address of Place of Business of Holder | Kind/Class of Interest | Number of Interests Held |
|---|---|---|
| C21 Department Stores Holdings LLC<br>22 Cortlandt Street, 5th Floor<br>New York, NY 10007 | LLC Membership Interest | 100% |

---

[2] This list serves as the required disclosure by the Debtors pursuant to Rule 1007 of the Federal Rules of Bankruptcy Procedure. All equity positions listed are as of the date of commencement of the Chapter 11 Cases.

# OMNIBUS WRITTEN CONSENT OF THE GOVERNING BODIES OF

**L.I. 2000, Inc.**
**Century 21 Department Stores of New Jersey, L.L.C.**
**C21 GA Blue LLC**
**C21 Sawgrass Blue, LLC**
**Century 21 Gardens of Jersey, LLC**
**Century Paramus Realty, LLC**
**C21 Department Stores Holdings LLC**
**Century 21 Department Stores LLC**
**Giftco 21 LLC**
**Century 21 Fulton LLC**
**C21 Philadelphia LLC**

**September 8, 2020**

The undersigned, constituting the required members of the board of directors or board of managers, as the case may be (as applicable, each, a "**Governing Body**" and, collectively, the "**Governing Bodies**"), of each of the entities referenced above (each, a "**Company**" and, collectively, the "**Companies**"), hereby consent to and approve the following actions and adopt the following resolutions pursuant to (as applicable) the organizational documents of the companies, the laws of the state of formation of each Company and the Second Amended and Restated Owners Agreement, dated as of April 4, 2017 (the "**Owners Agreement**"), by and among the Owners listed on the signature page of this written consent and the other parties thereto, as amended by that certain First Amendment, dated as of August 28, 2020:

**WHEREAS**, the Companies have engaged counsel and a financial advisor to provide advice to the Companies regarding their obligations to their respective creditors, employees, equity holders and other interested parties;

**WHEREAS**, each Governing Body has considered, among other things, presentations by the management and the financial and legal advisors of the Companies regarding the liabilities and liquidity situation of each Company, the strategic alternatives available to it and the effect of the foregoing on each Company's business;

**WHEREAS**, each Governing Body has considered the options available to the Companies, and have determined that, in their business judgment, it is advisable and in the best interests of the Companies, their creditors, employees, equity holders and other interested parties that each Company voluntarily file in the United States Bankruptcy Court for the Southern District of New York (the "**Bankruptcy Court**") a petition (a "**Petition**") for relief under chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**"); and

**WHEREAS**, the Governing Body of Century 21 Department Stores of New Jersey, L.L.C., a New Jersey limited liability company ("**C21 Department Stores NJ LLC**"), desires to amend the Operating Agreement of C21 Department Stores NJ LLC in the form presented to such Governing Body on the date hereof (the "**Operating Agreement Amendment**") in order to

118467747v6

prevent any automatic dissolution of C21 Department Stores NJ LLC upon commencement of the foregoing chapter 11 cases.

**NOW, THEREFORE**, it is hereby:

**Commencement of Chapter 11 Case**

**RESOLVED**, that each Company is hereby authorized to execute and file on behalf of the Company in the Bankruptcy Court a Petition for relief under chapter 11 of the Bankruptcy Code.

**RESOLVED,** that any officer of each Company, including any chief executive officer, chief restructuring officer, chief financial officer, president, vice president, treasurer or secretary (each of the foregoing, individually, an "**Authorized Officer**" and, collectively, the "**Authorized Officers**") be and hereby is authorized, empowered and directed, in the name and on behalf of each respective Company, to execute and file in the Bankruptcy Court a Petition for relief under chapter 11 of the Bankruptcy Code.

**RESOLVED**, that each Authorized Officer be and hereby is authorized, empowered and directed, in the name and on behalf of each respective Company, to execute and file all petitions, schedules, motions, lists, applications, pleadings, declarations, affidavits and other accompanying papers (collectively, the "**First Day Motions**") and to seek entry of orders granting the relief sought in the First Day Motions and, in connection therewith, to employ and retain assistance of legal counsel, accountants, financial advisors and other professionals, and to take and perform any and all further acts and deeds that he or she deems necessary, proper or desirable in connection with, or in furtherance of, the petitions, the applications, or the bankruptcy cases of each Company, with a view to the prosecution of each such Company's chapter 11 case.

**Retention of Advisors**

**RESOLVED,** each Governing Body authorizes, directs and ratifies the Companies' hiring Proskauer Rose LLP, as counsel, to represent the Companies in their chapter 11 cases, subject to Bankruptcy Court approval.

**RESOLVED,** each Governing Body authorizes, directs and ratifies the Companies' hiring of Berkeley Research Group, LLC, as financial advisor, in connection with the Companies' chapter 11 cases, subject to Bankruptcy Court approval.

**RESOLVED,** each Governing Body authorizes, directs and ratifies the Companies' hiring of Stretto, as claims and noticing agent, in connection with the Companies' chapter 11 cases, subject to Bankruptcy Court approval.

**RESOLVED,** each Governing Body authorizes, directs and ratifies the Companies' hiring of Hilco Merchant Resources, LLC, as liquidation consultant, in connection with the Companies' chapter 11 cases, subject to Bankruptcy Court approval.

**Amendment of Operating Agreement of Century 21 Department Stores of New Jersey, LLC**

  **RESOLVED**, the Operating Agreement Amendment for C21 Department Stores NJ LLC is hereby authorized, adopted and approved in all respects.

  **RESOLVED**, that each of the Authorized Officers of C21 Department Stores NJ LLC and its sole member, L.I. 2000, Inc., be and hereby is authorized, empowered and directed, in the name and on behalf of such Companies, to execute the Operating Agreement Amendment and to take and perform any and all further acts and deeds that he or she deems necessary, proper or desirable in connection with the execution and delivery of such Operating Agreement Amendment.

**Principal Place of Business**

  **RESOLVED**, that each Governing Body authorizes, directs and ratifies that the principal place of business of each Company be 22 Cortlandt Street, 5th Floor, New York, NY 10007.

**General**

  **RESOLVED**, that any and all past actions heretofore taken by any Authorized Officer, any director, or any member of any Company, in the name and on behalf of such Company, in furtherance of any or all of the preceding resolutions be, and the same hereby are, ratified, confirmed, and approved in all respects.

[Signature Pages Follow]

| Fill in this information to identify the case: |
|---|
| Debtor name: ___Century 21 Department Stores LLC___ |
| United States Bankruptcy Court for the: _____Southern District of New York___ |
| Case number (If known): _____ |

☐ Check if this is an amended filing

Official Form 204

**Chapter 11 or Chapter 9 Cases: Consolidated List of Creditors Who Have the 30 Largest Unsecured Claims and Are Not Insiders**
12/15

A list of creditors holding the 30 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 30 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim if the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff [1] | Unsecured claim |
| 1 | THE CIT GROUP, PO BOX 37998, CHARLOTTE, NC, 28237 | kathy.show@cit.com | Trade | | | | $ 5,935,975.31 |
| 2 | PHILLIPS VAN HEUSEN CORP., P.O. BOX 532513, ATLANTA, GA, 30353-2513 | JessicaHoffman@PVH.COM | Trade | | | | $ 4,769,123.45 |
| 3 | G-III LEATHER FASHIONS, PO BOX 29242, NEW YORK, NY, 10087 | ddeserio@g-iii.com | Trade | | | | $ 4,154,816.86 |
| 4 | WELLS FARGO, PO BOX 842665, BOSTON, MA, 02284-2665 | Almarie.D.Maxwell@wellsfargo.com | Trade | | | | $ 3,330,659.56 |
| 5 | ROSENTHAL & ROSENTHAL , PO BOX 88926, CHICAGO, IL, 60695-1926 | TTorian@rosenthalinc.com | Trade | | | | $ 3,283,069.09 |
| 6 | PEERLESS CLOTHING INT, 200 INDUSTRIAL PARK RD, ST ALBANS, VT, 5478 | RoseM@peerless-clothing.com | Trade | | | | $ 1,429,291.90 |
| 7 | ADIDAS AMERICA INC., DEPT CH 19361, PALATINE, IL, 60055-9361 | kay.oliver@adidas-group.com | Trade | | | | $ 1,184,130.73 |
| 8 | DELTA GALIL USA, PO BOX 870014, KANSAS CITY, MO, 64187-0014 | carly.buchwald@us.deltagalil.com | Trade | | | | $ 1,091,979.05 |
| 9 | MICHAEL KORS USA, PO BOX 732670, DALLAS, TX, 75373-2670 | robyn.forbes@michaelkors.com | Trade | | | | $ 1,038,396.66 |
| 10 | ZARA USA INC, 500 5TH AVE SUITE #400, NEW YORK, NY, 10110 | diegofe@inditex.com | Trade | | | | $ 908,513.84 |
| 11 | FITCH INC., PO BOX 7247-6130, PHILADELPHIA, PA, 19170-6130 | kevin.schmidt@fitch.com | Operating Expense | | | | $ 853,960.38 |
| 12 | MILBERG FACTORS, 99 PARK AVENUE, NEW YORK, NY, 10016 | OWong@milfac.com | Trade | | | | $ 790,176.46 |
| 13 | STERLING NATIONAL, PO BOX 75359, CHICAGO, IL, 60675-5359 | floayza@snb.com | Trade | | | | $ 789,585.22 |
| 14 | HANESBRANDS, INC., 21692 NETWORK PLACE, CHICAGO, IL, 60673-1216 | Ann.Mciver@hanes.com | Trade | | | | $ 783,855.83 |
| 15 | HADDAD BRANDS, 131 DOCKS CORNER ROAD, DAYTON, NJ, 8810 | samh@haddad.com | Trade | | | | $ 649,755.05 |

[1] The Debtors reserve the right to asset setoff and other rights with respect to any of the claims listed herein.

Page - 1

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim — Total claim, if partially secured | Deduction for value of collateral or setoff [1] | Unsecured claim |
|---|---|---|---|---|---|---|---|
| 16 | THEORY LLC, PO BOX 338, Hewlett, NY, 11557 | paula.stallone@theory.com | Trade | | | | $ 570,447.40 |
| 17 | GREAT AMERICAN BEAUTY, INC., 124 N SWINTON AVENUE, DELRAY BEACH, FL, 33444 | jchacon@gabinc.net | Trade | | | | $ 542,866.05 |
| 18 | HILLDUN CORP. , 225 W. 35TH STREET, NEW YORK, NY, 10001 | Jaime@hilldun.com | Trade | | | | $ 520,747.90 |
| 19 | IMPACT TECH, INC., 223 E. DE LA GUERRA STREET, SANTA BARBARA, CA, 93101 | notification@app.impact.com | Operating Expense | | | | $ 512,598.67 |
| 20 | PUMA NORTH AMERICA, PO BOX 74007020, CHICAGO, IL, 60674 | mia.crawford@puma.com | Trade | | | | $ 455,572.62 |
| 21 | LEVI'S, LEVI STRAUSS & CO., ATLANTA, GA, 30384-8831 | nzimmerman@levi.com | Trade | | | | $ 437,389.59 |
| 22 | GI KBS CORPORATION, 1575 HENTHORNE DRIVE, MAUMEE, OH, 43537 | tlime@kbs-services.com | Operating Expense | | | | $ 432,237.72 |
| 23 | NIKE INC., 7932 COLLECTIONS CENTER DR, CHICAGO, IL, 60693 | Franck.miternique@nike.com | Trade | | | | $ 431,046.35 |
| 24 | COLE HAAN, P.O. BOX 6007, BOSTON, MA, 02212-6007 | randee.lewis@colehaan.com | Trade | | | | $ 423,162.10 |
| 25 | UNITED PARCEL SERVICE, PO BOX 7247-0244, PHILADELPHIA, PA, 19170-0001 | joshuavesely@ups.com | Operating Expense | | | | $ 403,552.49 |
| 26 | MAKE-UP ART COSMETICS, INC., PO BOX 223491, PITTSBURGH, PA, 15251-2491 | jstevens@estee.com | Trade | | | | $ 394,585.77 |
| 27 | DEPOSCO, INC., DEPT LA 24078, PASADENA, CA, 91185-4078 | accounting@deposco.com | Operating Expense | | | | $ 379,520.17 |
| 28 | DIRECT ENERGY BUSINESS, P.O. BOX 70220 , PHILADELPHIA, PA, 19176-0220 | N/A | Operating Expense | | | | $ 375,933.01 |
| 29 | WHITE OAK COMM, PO BOX 100895, ATLANTA, GA, 30384-4174 | agoldsmith@whiteoakcf.com | Trade | | | | $ 353,537.10 |
| 30 | HFC PRESTIGE PRODUCTS, INC, 28740 NETWORK PLACE, CHICAGO, IL, 60673-1287 | kathleen_dempsey@cotyinc.com | Trade | | | | $ 352,929.95 |

[1] The Debtors reserve the right to asset setoff and other rights with respect to any of the claims listed herein.

| Fill in this information to identify the case and this filing: | |
|---|---|
| Debtor Name | **Century 21 Department Stores LLC** |
| United States Bankruptcy Court for the: | **Southern District of New York** (State) |
| Case number (If known): | |

## Official Form 202
## Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets-Real and Personal Property (Official Form 206A/B)*
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)*
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)*
- ☐ *Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)*
- ☐ *Schedule H: Codebtors (Official Form 206H)*
- ☐ *Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)*
- ☐ Amended Schedule
- ☒ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 30 Largest Unsecured Claims and Are Not Insiders (Official Form 204)*
- ☒ Other document that requires a declaration____**List of Equity Security Holders**____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on

**09/10/2020**
MM/ DD/YYYY

☒ /s/ Norman R. Veit Jr.
Signature of individual signing on behalf of debtor
**Norman R. Veit Jr.**
Printed name
**Chief Financial Officer and Chief Information Officer**
Position or relationship to debtor