**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re** | |
| **CENTURY 21 DEPARTMENT STORES LLC,** *et al.*, | **Chapter 11** <br> **Case No. 20-12097 (SCC)** |
| **Debtors.**[1] | **(Joint Administration Requested)** |

**DEBTORS' CONSOLIDATED CORPORATE OWNERSHIP STATEMENT**

Pursuant to Rules 1007(a)(1) and 7007.1 of the Federal Rules of Bankruptcy Procedure and Rule 1007-3 of the Local Bankruptcy Rules for the Southern District of New York, Century 21 Department Stores LLC and its debtor affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "**Debtors**" and, together with their non-debtor affiliates, the "**Company**") respectfully represent:

1. Debtor L.I. 2000, Inc. ("**L.I. 2000**") is a privately-held corporation. The equity interests of L.I. 2000 are 100% directly owned by individuals and family trusts.[2]

2. L.I. 2000 directly owns 100% of the membership interests in each of the following Debtors: Century 21 Department Stores of New Jersey, L.L.C.; C21 GA Blue LLC; C21 Sawgrass Blue, LLC; Century 21 Gardens Of Jersey, LLC; Century Paramus Realty LLC.

3. 1% of the total membership interests, which comprise 100% of the voting rights, of Debtor C21 Department Stores Holdings LLC ("**C21 Holdings**") are held by non-debtor

---

[1] The Debtors in these chapter 11 cases (the "**Chapter 11 Cases**"), along with the last four digits of each Debtor's federal tax identification number, as applicable, are Century 21 Department Stores LLC (4073), L.I. 2000, Inc. (9619), C21 Department Stores Holdings LLC (8952), Giftco 21 LLC (0347), Century 21 Fulton LLC (4536), C21 Philadelphia LLC (2106), Century 21 Department Stores of New Jersey, L.L.C. (1705), Century 21 Gardens Of Jersey, LLC (9882), C21 Sawgrass Blue, LLC (8286), C21 GA Blue LLC (5776), and Century Paramus Realty LLC (5033). The Debtors' principal place of business is: 22 Cortlandt Street, 5th Floor, New York, NY 10007.

[2] Four family trusts and one individual each own greater than 10% of the total equity interests of L.I. 2000 as disclosed on the Debtor's chapter 11 petition filing.

1

Century 21, Inc., which is, in turn 100% owned solely by individuals. Ninety-nine percent (99%) of the total membership interests, which have no voting rights, of C21 Holdings are ownd by individuals and family trusts.[3]

4. C21 Holdings owns 100% of the membership interests in each of the following Debtors: Century 21 Department Stores LLC ("**Century 21 Stores**") and Giftco 21 LLC.

5. Century 21 Stores owns 100% of the membership interests in each of the following Debtors: Century 21 Fulton LLC and C21 Philadelphia LLC.

---

[3] Four family trusts and one individual each own greater than 10% of the total equity interests of C21 Holdings as disclosed on the Debtor's chapter 11 petition filing.

| | |
|---|---|
| Fill in this information to identify the case and this filing: | |
| Debtor Name | Century 21 Department Stores LLC, *et al.*[1] |
| United States Bankruptcy Court for the: | **Southern District of New York** (State) |
| Case number (If known): 20-12097 | |

## Official Form 202
## Declaration Under Penalty of Perjury for Non-Individual Debtors
12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**Declaration and signature**

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ Schedule A/B: Assets-Real and Personal Property (Official Form 206A/B)
- ☐ Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)
- ☐ Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)
- ☐ Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)
- ☐ Schedule H: Codebtors (Official Form 206H)
- ☐ Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)
- ☐ Amended Schedule
- ☐ Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 30 Largest Unsecured Claims and Are Not Insiders (Official Form 204)
- ☒ Other document that requires a declaration    **Corporate Ownership Statement**

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed on **9/10/2020**    ☒ **/s/ Norman R. Veit Jr.**
MM/ DD/YYYY    Signature of individual signing on behalf of debtor
**Norman R. Veit Jr.**
Printed name
**Chief Financial Officer and Chief Information Officer**
Position or relationship to debtor

---

[1] The Debtors in these chapter 11 cases along with the last four digits of each Debtor's federal tax identification number, as applicable, are Century 21 Department Stores LLC (4073), L.I. 2000, Inc. (9619), C21 Department Stores Holdings LLC (8952), Giftco 21 LLC (0347), Century 21 Fulton LLC (4536), C21 Philadelphia LLC (2106), Century 21 Department Stores of New Jersey, L.L.C. (1705), Century 21 Gardens Of Jersey, LLC (9882), C21 Sawgrass Blue, LLC (8286), C21 GA Blue LLC (5776), and Century Paramus Realty LLC (5033). The Debtors' principal place of business is: 22 Cortlandt Street, 5th Floor, New York, NY 10007.

1