**KLESTADT WINTERS JURELLER**
**SOUTHARD & STEVENS, LLP**
200 West 41st Street, 17th Floor
New York, NY 10036
Telephone: (212) 972-3000
Facsimile: (212) 972-2245
Tracy L. Klestadt
Kathleen M. Aiello

*Counsel to the Gindi Real Estate Entities*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re**<br><br>**CENTURY 21 DEPARTMENT STORES LLC,** *et al.*,<br><br>Debtors.[1] | **Chapter 11**<br><br>Case No. 20-12097 (SCC)<br><br>**(Jointly Administered)** |

## NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that Klestadt Winters Jureller Southard & Stevens, LLP hereby appears as counsel to 10-12 Cortlandt Blue LLC, 173 Bway Blue LLC, 175-177 Bway Blue LLC, Blue Millennium Realty LLC, C21 BK Home LLC, Strike Enterprises, LLC, 86 Blue LLC, C21 Bay Ridge Blue LLC, 444 86 Blue LLC, CCC Partners, ASG Equities Secaucus LLC, C21 SDC Blue LLC, Secaucus Blue LLC, ADC Blue LLC, Century Rego Realty, C21 Property Management Partners and other non-debtor landlord entities that are affiliates of any of the aforementioned entities or debtor tenants, Century 21 Department Stores LLC and L.I. 2000, Inc. (collectively, the "Gindi Real Estate Entities"). Pursuant to Rules 2002, 7005 and 9010 of the Federal Rules of

---

[1] The Debtors in these chapter 11 cases (the "Chapter 11 Cases"), along with the last four digits of each Debtor's federal tax identification number, as applicable, are Century 21 Department Stores LLC (4073), L.I. 2000, Inc. (9619), C21 Department Stores Holdings LLC (8952), Giftco 21 LLC (0347), Century 21 Fulton LLC (4536), C21 Philadelphia LLC (2106), Century 21 Department Stores of New Jersey, L.L.C. (1705), Century 21 Gardens Of Jersey, LLC (9882), C21 Sawgrass Blue, LLC (8286), C21 GA Blue LLC (5776), and Century Paramus Realty LLC (5033). The Debtors' principal place of business is: 22 Cortlandt Street, 5th Floor, New York, NY 10007.

1

Bankruptcy Procedure (the "Bankruptcy Rules"), Klestadt Winters Jureller Southard & Stevens, LLP requests that all notices given or required to be given in these cases, and all papers served or required to be served in this case, be given and served upon the undersigned at the following office address:

**Klestadt Winters Jureller Southard & Stevens, LLP**
200 West 41st Street, 17th Floor
New York, NY 10036
Tel: (212) 972-3000
Attn:  Tracy L. Klestadt
         Kathleen M. Aiello
Email: tklestadt@klestadt.com
         kaiello@klestadt.com

**PLEASE TAKE FURTHER NOTICE,** that the foregoing request includes not only notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any applications, motions, petitions, pleadings, requests, complaints or demands, whether transmitted or conveyed by mail, hand delivery, telephone, telegraph, telex, or otherwise that affects the above-named debtor or debtor in possession, or the property of such debtor or the debtor's estate.

Dated: New York, New York
September 29, 2020

**KLESTADT WINTERS JURELLER SOUTHARD & STEVENS, LLP**

By: /s/ *Tracy L. Klestadt*
Tracy L. Klestadt
Kathleen M. Aiello
200 West 41st Street, 17th Floor
New York, NY 10036
Tel: (212) 972-3000
Fax: (212) 972-2245
Email: tklestadt@klestadt.com
kaiello@klestadt.com

*Counsel to the Gindi Real Estate Entities*