IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| In re: | Case No. 20-12097 |
|---|---|
| CENTURY 21 DEPARTMENT STORES LLC, et al., | Chapter 11 |
| Debtors. | (Jointly Administered) |

**NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY**

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. §1111 (a). Transferee hereby gives notice pursuant to Rule 3001(e) (2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this notice.

**CONTRARIAN FUNDS, LLC**
Name of Transferee

**Address for all Communications/Notices:**

CONTRARIAN FUNDS, LLC
411 WEST PUTNAM AVE., SUITE 425
GREENWICH, CT 06830
ATTN: ALPA JIMENEZ
Phone:  203-862-8259
Fax:      203-485-5910
Email: tradeclaimsgroup@contrariancapital.com

**Address for all Payments/Distributions:**

CONTRARIAN FUNDS, LLC
ATTN: 392426
500 ROSS ST 154-0455
PITTSBURGH, PA 15262

**RANDA ACCESSORIES LEATHER GOODS LLC**
Name of Transferor

**Name and Current Address of Transferor:**

Randa Accessories Leather Goods LLC
PO Box 93474
Chicago, IL 60673
Attn: Heath Golden
T: 212-478-4734
E: Heath.Golden@randa.net

| Schedule/Claim No. | Creditor Name | Amount | Debtor | Case No. |
|---|---|---|---|---|
| Claim No. 299 | Randa Accessories Leather Goods LLC | $245,933.73 | Century 21 Department Stores LLC | **20-12097** |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:_____*/s/ Alpa Jimenez*_____          Date: January 11, 2021
              Transferee/Transferee's Agent

*Penalty for making a false statement*: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**EVIDENCE OF TRANSFER OF CLAIM**

<u>Annex B</u>

TO:         United States Bankruptcy Court ("<u>Court</u>")
            Southern District of New York
            Attn:     Clerk


AND TO:     CENTURY 21 DEPARTMENT STORES LLC ("<u>Debtor</u>")
            Case No. 20-12097 ("<u>Case</u>")

<u>Claim #: 299</u>

**RANDA ACCESSORIES LEATHER GOODS LLC** ("<u>Seller</u>"), for good and valuable consideration the receipt and sufficiency of which is hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:

> CONTRARIAN FUNDS, LLC
> 411 West Putnam Avenue, Suite 425
> Greenwich, CT 06830
> Attn:  Alpa Jimenez


its successors and assigns ("<u>Buyer</u>"), all rights, title and interest in and to the claim of Seller, including all rights: (a) of reclamation and all administrative priority claims, and any cure payments made on account of Seller in the Case, with respect to the invoice(s) listed on Schedule 1 annexed hereto (the "Claim"); (b) to any proof(s) of claim filed; (c) in and to any secured claim, collateral or any liens held by Seller; (d) to vote on any question relating to the Claim in the Case; (e) to cash, interest, principal, securities or other property in connection with the Case: and (f) to any amounts listed on the Debtor's schedules, in the principal amount of $___245,933.73_____ ("Claim"), which represents _100_% of the total claim amount of $245,933.73, against the Debtor in the Court, or any other court with jurisdiction over the Debtor's Case.

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges, understands, agrees, and hereby stipulates that an order of the Court may be entered without further notice to Seller transferring the Claim to Buyer and recognizing the Buyer as the sole owner and holder of the Claim.

Buyer does not assume and shall not be responsible for any obligations of liabilities of Seller related to or in connection with the Claim or the Case.  You are hereby directed to make all future payments and distributions free and clear of all setoffs and deductions, and to give all notices and other communications, in respect of the Claim to Buyer.

IN WITNESS WHEREOF, each of the undersigned have duly executed this Evidence of Transfer of Claim by their duly authorized representative dated January _11_, 2021.


**RANDA ACCESSORIES LEATHER GOODS LLC**

By: _____
Name:    Heath Golden
Title:      Executive Vice President and CFO

CONTRARIAN FUNDS, LLC
By: Contrarian Capital Management, LLC, as Manager

By: _____
Name:   Keith McCormack
Title:      Managing Director