UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | ) Chapter 11 |
| CORTLANDT LIQUIDATING LLC, *et al.*,[1] | ) Case No. 20-12097 (SCC) |
| Debtors. | ) (Jointly Administered) |

### AFFIDAVIT OF SERVICE

I, Parker Popky, depose and say that I am employed by Stretto, the claims and noticing agent for the Debtors in the above-captioned cases.

On May 2, 2022, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on The United States Attorney's Office for The Southern District of New York at 86 Chambers St., 3rd Floor, New York, NY 10022, and via electronic mail on the service list attached hereto as **Exhibit A**:

- **The Plan Administrator's Motion for Entry of a Fifth Order Further Extending the Time to File Notices of Removal of Civil Actions** (Docket No. 1243)

Dated: May 4, 2022

_/s/ Parker Popky_
Parker Popky

State of Colorado   )
                    ) SS.
County of Denver    )

Subscribed and sworn before me this 4th day of May 2022 by Parker Popky.

_____
(Notary's official signature)

ANDREW BALDWIN
Notary Public
State of Colorado
Notary ID # 20194026880
My Commission Expires 07-18-2023

# Exhibit A



## Exhibit A
Served Via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| 1 North Park, LLC | c/o Goulston & Storrs PC | Attn: Trevor R. Hoffmann | thoffmann@goulstonstorrs.com |
| 1 North Park, LLC | c/o Invictus Global Management, LLC | Attn: Cindy Chen Delano | Cindy@invictus-gm.com |
| 801-Gallery C-3 MT, L.P. | c/o Kurtzman \| Steady, LLC | Attn: Jeffrey Kurtzman | kurtzman@kurtzmansteady.com |
| Berdon LLP | c/o Westerman Ball LLP | Attn: John E. Westerman & Mickee M. Hennessy | jwesterman@westermanllp.com<br>mhennessy@westermanllp.com |
| Certain Underwriters at Lloyd's; Landmark American Insurance Co.; Liberty Mutual Fire Insurance Co.; Starr Surplus Lines Insurance Co.; and Steadfast Insurance Co. | c/o Robins Kaplan LLP | Attn: Matthew M. Burke | MBurke@robinskaplan.com |
| Certain Underwriters at Lloyd's; Landmark American Insurance Co.; Liberty Mutual Fire Insurance Co.; Starr Surplus Lines Insurance Co.; and Steadfast Insurance Co. | c/o Robins Kaplan LLP | Attn: Meegan F. Hollywood | MHollywood@robinskaplan.com |
| Certain Underwriters at Lloyd's; Landmark American Insurance Co.; Liberty Mutual Fire Insurance Co.; Starr Surplus Lines Insurance Co.; and Steadfast Insurance Co. | c/o Wilmer Cutler Pickering Hale and Dorr LLP | Attn: Benjamin W. Loveland | benjamin.loveland@wilmerhale.com |
| Certain Underwriters Lloyd's Subscribing; Landmark American; Liberty Mutual Fire; Starr Surplus Lines; Steadfast Insur; Endurance American Specialty; Evanston Insur; QBE Specialty Insur | c/o Wilmer Cutler Pickering Hale | Attn: Philip D. Anker | philip.anker@wilmerhale.com |
| Coastal General Contracting, Inc. | c/o Giordano, Halleran & Ciesla, P.C. | Attn: Donald F. Campbell | dcampbell@ghclaw.com |
| Comenity Capital Bank | c/o Burr & Forman LLP | Attn: Russell C. Heller & J. Cory Falgowski | rheller@burr.com<br>jfalgowski@burr.com |
| Comenity Capital Bank | c/o Burr & Forman LLP | Attn: James H. Haithcock, III | jhaithcock@burr.com |
| Commonwealth of Pennsylvania | c/o Office of UCTS, DOL and Industry | Attn: Deb Secrest, Colltns Support Unit | ra-li-ucts-bankrupt@state.pa.us |
| Daimler Trust | c/o BK Servicing, LLC | Attn: Ed Gezel | notices@bkservicing.com |
| E. Gluck Corporation | c/o Saracheck Law Firm | Attn: Jonathan H. Miller | jon@saracheklawfirm.com |
| Excel Elevator | c/o McDonald Hopkins LLC | Attn: Nicholas M. Miller | nmiller@mcdonaldhopkins.com |
| Full Steam Staffing NJ, LLC | c/o McElroy Deutsch Mulvaney & Carpenter | Attn: Jeffrey Bernstein | jbernstein@mdmc-law.com |
| Gindi Real Estate Entities & Gindi Family & Gindi Trusts | c/o Klestadt Winters Jureller Southard & Stevens, LLP | Attn: Tracy L. Klestadt & Kathleen M. Aiello | tklestadt@klestadt.com<br>kaiello@klestadt.com |
| Hilco Merchant Resources, LLC & Gordon Brothers Retail Partners, LLC | c/o Troutman Pepper Hamilton Sanders LLP | Attn: Brett D. Goodman | brett.goodman@troutman.com |
| Hilco Merchant Resources, LLC & Gordon Brothers Retail Partners, LLC | c/o Troutman Pepper Hamilton Sanders LLP | Attn: Douglas D. Herrmann & Marcy McLaughlin Smith | Douglas.Herrmann@troutman.com<br>Marcy.Smith@troutman.com |
| Joseph DeVito, as Executor of the Estate of Joseph DeVito | c/o Jaspan Schlesinger LLP | Attn: Frank C. Dell'Amore | fdellamore@jaspanllp.com |
| JPMorgan Chase Bank, N.A. | c/o Morgan, Lewis & Bockius LLP | Attn: Julia Frost-Davies | julia.frost-davies@morganlewis.com |
| JPMorgan Chase Bank, N.A. | c/o Morgan, Lewis & Bockius LLP | Attn: David M. Riley | david.riley@morganlewis.com |
| Lincoln Triangle Commercial Holding Co LLC | c/o Paul Hastings LLP | Attn: Harvey A. Strickon | harveystrickon@paulhastings.com |
| Morgan, Lewis & Bockius LLP | Attn: David Riley | | david.riley@morganlewis.com |
| Morgan, Lewis & Bockius LLP | Attn: Julia Frost-Davies | | julia.frost-davies@morganlewis.com |
| Next Millennium Realty LLC | c/o Adam Leitman Bailey, P.C. | Attn: William J. Geller, Marianne Sanchez | msanchez@alblawfirm.com |
| Office of the UST for the Southern District of NY | Region 2 | Attn: Andrea B. Schwartz | andrea.b.schwartz@usdoj.gov |
| Official Committee of Unsecured Creditors | c/o Lowenstein Sandler LLP | Attn: Jeffrey L. Cohen and Lindsay H. Sklar | jcohen@lowenstein.com<br>lsklar@lowenstein.com |
| Official Committee of Unsecured Creditors | c/o Lowenstein Sandler LLP | Attn: Brent Weisenberg | bweisenberg@lowenstein.com |
| Oracle America, Inc. | c/o Buchalter, a Professional Corporation | Attn: Shawn M. Christianson | schristianson@buchalter.com |

In re: Cortlandt Liquidating LLC, et al.
Case No. 20-12097 (SCC)

Page 1 of 2



## Exhibit A
Served Via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| Parking Authority of the Town of Morristown bka Morristown Parking Authority | c/o Greenbaum, Rowe, Smith & Davis LLP | Attn: David L. Bruck | dbruck@greenbaumlaw.com |
| Pension Benefit Guaranty Corporation | c/o Office of the General Counsel | Attn: Hannah Leah Uricchio & Andrew Phillip Walker | uricchio.hannah@pbgc.gov efile@pbgc.gov walker.andrew@pbgc.gov |
| Plan Administrator | c/o Lowenstein Sandler LLP | Attn: Jeffrey L. Cohen and Lindsay H. Sklar | jcohen@lowenstein.com lsklar@lowenstein.com |
| Plan Administrator | c/o Lowenstein Sandler LLP | Attn: Brent Weisenberg and Jeremy D. Merkin | bweisenberg@lowenstein.com merkin@lowenstein.com |
| Premier Brands Group Holdings | c/o Geoffrey T. Raicht, PC | Attn: Geoffrey T. Raicht | graicht@raichtlawpc.com |
| Proskauer Rose LLP | Attn: Matt Skrzynski, Esq. | | mskrzynski@proskauer.com |
| Proskauer Rose LLP | Attn: Jeff Marwil, Esq. & Jordan Sazant, Esq. & Brooke Blackwell, Esq. | | jmarwil@proskauer.com JSazant@proskauer.com bblackwell@proskauer.com |
| Proskauer Rose LLP | Attn: Peter Young, Esq. | | pyoung@proskauer.com |
| Relide Realty Co. LLC | c/o Pollack & Sharan, LLP | Attn: Adam Paul Pollack | adam@pollacksharan.com |
| Simon Property Group, Inc. | Attn: Ronald M. Tucker | | rtucker@simon.com |
| Svetlana Poznyakov and Zoya Gofman as co-admins for the estate of Sima Rzhishchev, Deceased | c/o Law Office of Nick Banilov & Assoc, P.C. | Attn: Nick Banilov & Mitchell Studley | banilov@gmail.com |
| United Food & Commercial Workers Union, Local 888 | c/o Cohen, Weiss and Simon LLP | Attn: Richard M Seltzer | rseltzer@cwsny.com |

In re: Cortlandt Liquidating LLC, et al.
Case No. 20-12097 (SCC)

Page 2 of 2