UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| CORTLANDT LIQUIDATING LLC,[1] ) | Case No. 20-12097 (SCC) |
| ) | |
| Debtors. ) | (Jointly Administered) |

### AFFIDAVIT OF SERVICE

I, Sabrina G. Tu, depose and say that I am employed by Stretto, the claims and noticing agent for the Debtors in the above-captioned cases.

On May 4, 2022, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on the service list attached hereto as **Exhibit A**:

- **[Customized for Rule 3001(e)(1)] Notice of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(1) [Re: Docket No. 1246]**

Furthermore, on May 5, 2022, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on the service list attached hereto as **Exhibit B**:

- **[Customized for Rule 3001(e)(2)] Notice of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(2) [Re: Docket No. 1248]**

Dated: May 6, 2022

_____
Sabrina G. Tu

| |
|---|
| A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document. |

State of California,
County of Orange

Subscribed and sworn to (or affirmed) before me on this 6th day of May, 2022, by Sabrina G. Tu, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____



SERINA TRAN
Notary Public - California
Orange County
Commission # 2368456
My Comm. Expires Jul 30, 2025

# **<u>Exhibit A</u>**

**Exhibit A**
Served Via First-Class Mail

| Name | Attention | Address | City | State | Zip |
|---|---|---|---|---|---|
| Pop Gourmet LLC | | 14520 Interurban Ave S. D100 | Tukwila | WA | 98168 |
| Pop Gourmet, LLC | | 14900 Interurban S Ave #257 | Tukwilla | WA | 98168 |
| SLFAQ, LLC | Attn: Jarred Herzberg | 670 White Plains Road, Penthouse Suite | Scarsdale | NY | 10583 |

In re: Cortlandt Liquidating LLC, et al.
Case No. 20-12097 (SCC)

Page 1 of 1

# **Exhibit B**

**Exhibit B**
Served Via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|
| Bradford Capital Holdings, LP | c/o Bradford Capital Management, LLC | Attn: Brian Brager | PO BOX 4353 | Clifton | NJ | 07012 |
| Jason Markk Inc | Attn: Lindsey Linayao | 15325 Blackburn Ave | | Norwalk | CA | 90650-6842 |

In re: Cortlandt Liquidating LLC, et al.
Case No. 20-12097 (SCC)

Page 1 of 1