**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| CORTLANDT LIQUIDATING LLC,[1] | Case No. 20-12097 (SCC) |
| Debtors. | (Jointly Administered) |

### AFFIDAVIT OF SERVICE

I, Parker Popky, depose and say that I am employed by Stretto, the claims and noticing agent for the Debtors in the above-captioned cases.

On May 17, 2022, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on the service list attached hereto as **Exhibit A**:

- **[Customized for Rule 3001(e)(2)] Notice of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(2) [Re: Docket No. 1257]**

Furthermore, on May 17, 2022, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on the service list attached hereto as **Exhibit B**:

- **[Customized for Rule 3001(e)(1)] Notice of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(1)**

Dated: May 18, 2022

_____
Parker Popky

State of Colorado    )
                     ) SS.
County of Denver     )

Subscribed and sworn before me this 18th day of May 2022 by Parker Popky.

_____
(Notary's official signature)

ANDREW BALDWIN
Notary Public
State of Colorado
Notary ID # 20194026880
My Commission Expires 07-18-2023

# **Exhibit A**

**Exhibit A**
Served Via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip |
|------|-----------|-----------|-----------|------|-------|-----|
| Bradford Capital Holdings, LP | c/o Bradford Capital Management, LLC | Attn: Brian Brager | PO BOX 4353 | Clifton | NJ | 07012 |
| Spirit Leatherworks, LLC. | | 1457 Westec Dr | | Eugene | OR | 97402-9189 |

In re: Cortlandt Liquidating LLC, et al.
Case No. 20-12097 (SCC)

Page 1 of 1

# **<u>Exhibit B</u>**



## Exhibit B

Served Via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip |
|------|-----------|-----------|-----------|------|-------|-----|
| Fair Harbor Capital, LLC | | Ansonia Finance Station | PO Box 237037 | New York | NY | 10023 |
| Quality Imaging Services | dba Print Structures | PO Box 908 | | New York | NY | 10272 |

In re: Cortlandt Liquidating LLC, et al.
Case No. 20-12097 (SCC)

Page 1 of 1