**STAR V PARTNERS LLC**
c/o Olympus Peak Asset Management
745 Fifth Avenue, Suite 1604
New York, NY 10151

NOTICE OF CHANGE OF ADDRESS

February  9 , 2023

Lowenstein Sandler LLP
1251 Avenue of the Americas
New York, NY 10020
Attn: Jeffrey L. Cohen, Esq.

    RE: Cortlandt Liquidating LLC (f/k/a Century 21 Department Stores LLC), Case No. 20-12097 – Claim #: 1126

To Whom It May Concern:

    Effective immediately, all future payments, remittances, and disbursements concerning above-referenced claims should be sent to the following address:

    **STAR V PARTNERS LLC**
    c/o Bradford Capital Holdings, LP
        P.O. Box 4353
        Clifton, NJ 07012
    Attn: Brian L. Brager
    Tel: 862-249-1349
    Email: bbrager@bradfordcapitalmgmt.com

    You are hereby directed to send all future distributions and correspondence to the address stated above. This change of address should also be reflected on the records and website for the claims agent Stretto.

Very truly yours,

**STAR V PARTNERS LLC**

By: *Leah Silverman*
Name: Leah Silverman
Title: Authorized Signatory
Date: February  9 , 2023

Cc:    Century 21 Claims Processing    United States Bankruptcy Court
        c/o Stretto    Southern District of New York
        410 Exchange, Suite 100    One Bowling Green
        Irvine, CA 92602    New York, NY 10004-1408
        Re: Century 21 Department Stores LLC, et al.    Re: Century 21 Department Stores LLC, et al.